Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29243−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Leroy Hawkins　　　　　　　　　　　　　　　Ruth Rose−Hawkins
174 Mercer St.　　　　　　　　　　　　　　　174 Mercer St.
Trenton, NJ 08611　　　　　　　　　　　　　Trenton, NJ 08611

Social Security No.:
　xxx−xx−5931　　　　　　　　　　　　　　　xxx−xx−2321

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

　　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
　　　Debtor and Joint Debtor was entered on April 4, 2018.

　　　Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 5, 2018
JAN: slf

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 16-29243-CMG
Leroy Hawkins                                               Chapter 13
Ruth Rose-Hawkins
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 3           Date Rcvd: Apr 05, 2018
                             Form ID: 148             Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db/jdb         +Leroy Hawkins,    Ruth Rose-Hawkins,    174 Mercer St.,    Trenton, NJ 08611-1724
cr             +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr              The Colony At Mill Hill Condominium Association, I,    Anthony Muscente, Esquire,
                 12 N. Main St, P.O. Box 418,    Allentown, NJ  08501-0418
516436501       AARP,   PO BOX 371337,    Pittsburgh, PA 15250-7337
516643776      +ARCPE Holding, LLC,    c/o Clear Spring Loan Services, Inc.,
                 18451 N. Dallas Parkway, Suite 100,    Dallas, Tx 75287-5209
516436506      +AT&T Mobility,    c/o EOS CCA,   PO Box 981008,    Boston, MA 02298-1008
516522284      +Amerimark,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516436507       Bloomingdale's,    PO BOX 78008,    Phoenix, AZ 85062-8008
516436509       Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
516436511       Capital One/Bureaus Investment Group,    c/o Stoneleigh Recovery Associates, LLC,    PO Box 1479,
                 Lombard, IL 60148-8479
516436512      +Citi Bank, NA,   c/o Northland Group, Inc.,    PO BOX 390905,    Minneapolis, MN 55439-0905
516436513      +Clearspring Loan Services, Inc.,    7880 Bent Branch Drive,    Ste 15,    Irving, TX 75063-6002
516436514       Comenity-Lexus Pursuits Visa,    PO BOX 659820,    San Antonio, TX 78265-9120
516436518      +DSNB,    c/o Client Services, Inc.,    PO BOX 1503,    Saint Peters, MO 63376-0027
516611422       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516436517       Department Stores National Bank,    PO BOX 6167,    Sioux Falls, SD 57117-6167
516574512      +Figi's Companies Inc.,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
516436521      +H&K Law Offices,    34 Franklin Corner Rd,    Lawrence Township, NJ 08648-2102
516436522       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
516436523      +Jefferson Capital Systems, LLC,    c/o Nations Recovery Center, Inc.,
                 6491 Peachtree Industrial BLVD,    Atlanta, GA 30360-2100
516436524       Macy's,   PO Box 78008,    Phoenix, AZ 85062-8008
516436525      +Macy's,   c/o Credit Control, LLC,    PO BOX 31179,    Tampa, FL 33631-3179
516436527      +Orkin a/k/a Rollins, Inc.,    100 Dobbs Ln.,    Suite 207,    Cherry Hill, NJ 08034-1436
516592181      +PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY, MAILSTOP: SV01,    Mt Laurel, NJ 08054-4624
516436531       QVC Inc.,    c/o Nationwide Credit, Inc.,    PO BOX 26314,    Lehigh Valley, PA 18002-6314
516436532      +Synchrony Bank,    c/o National Enterprise Systems,    2479 Edison BLvd,    Unit A,
                 Twinsburg, OH 44087-2476
516436534       The Colony At Mill Hill Condo Assoc,    c/o Anthony Muscente, Jr. Esquire,
                 12 North Main St. Second Floor,    PO BOX 418,    Allentown, NJ 08501-0418
516535680       The Colony At Mill Hill Condominium Assoc., Inc.,     c/o Anthony Muscente, Jr., Esquire,
                 12 N. Main St., PO Box 418,    Allentown, NJ 08501-0418
516535549       The Colony at Mill Hill Condominium Assoc., Inc,    c/o Anthony Muscente, Esquire,
                 12 N. Main St., P.O. Box 418,    Allentown, NJ 08501-0418
516593798      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516436536      +Toyota Motor Credit,    c/o Central Credit Services, LLC,    PO BOX 1880,
                 Saint Charles, MO 63302-1880
516436537       Walter Drake,    PO BOX 2862,    Monroe, WI 53566-8062
516436538      #Walter Drake,    c/o Van Ru Credit Corporation,    1350 E. Touhy Ave,    Ste 300E,
                 Des Plaines, IL 60018-3342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:10       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516436502      +EDI: CCS.COM Apr 06 2018 03:03:00      Allstate Insurance Company,
                 c/o Credit Collection Services,    725 Canton St.,    Norwood, MA 02062-2679
516436504       EDI: AMEREXPR.COM Apr 06 2018 03:04:00      American Express,    c/o United Recovery Systems,
                 PO BOX 722929,    Houston, TX 77272-2929
516436503       EDI: AMEREXPR.COM Apr 06 2018 03:04:00      American Express,    PO Box 360001,
                 Fort Lauderdale, FL 33336-0001
516436505      +EDI: FSAE.COM Apr 06 2018 03:04:00      American Express,    c/o Firstsource Advantage, LLC,
                 205 Bryant Woods South,    Buffalo, NY 14228-3609
516628477       EDI: BECKLEE.COM Apr 06 2018 03:03:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516534404      +EDI: PRA.COM Apr 06 2018 03:03:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516436508       E-mail/Text: cms-bk@cms-collect.com Apr 05 2018 23:27:55      Capital Management SErvices LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516436510       EDI: CAPITALONE.COM Apr 06 2018 03:04:00      Capital One Services, LLC,    PO BOX 4144,
                 Carol Stream, IL 60197-4144
516613395      +E-mail/Text: bankruptcy@cavps.com Apr 05 2018 23:28:33      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Apr 05, 2018
                              Form ID: 148             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516436515      EDI: WFNNB.COM Apr 06 2018 03:04:00      Comenity-Talbots,    PO BOX 659617,
               San Antonio, TX 78265-9617
516436516     +EDI: PRA.COM Apr 06 2018 03:03:00      Dell Financial Services,
               c/o Portfolio Recovery Associates, LLC,    140 Corporate BLVD,    Norfolk, VA 23502-4952
516436519      EDI: BLUESTEM Apr 06 2018 03:04:00      Fingerhut/WebBank,    6520 Ridgewood Road,
               Saint Cloud, MN 56303-0820
516436520     +EDI: JEFFERSONCAP.COM Apr 06 2018 03:03:00      Gettington.com,
               c/o Jefferson Capital Systems, LLC,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
516626131      EDI: JEFFERSONCAP.COM Apr 06 2018 03:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
516436526      EDI: HFC.COM Apr 06 2018 03:04:00      Neiman Marcus,    PO BOX 5235,
               Carol Stream, IL 60197-5235
516643849      EDI: PRA.COM Apr 06 2018 03:03:00      Portfolio Recovery Associates, LLC,
               C/O Dell Financial Services, LLC,    POB 41067,    Norfolk VA 23541
516634622      EDI: PRA.COM Apr 06 2018 03:03:00      Portfolio Recovery Associates, LLC,
               c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
516436528     +E-mail/Text: bankruptcy@certifiedcollection.com Apr 05 2018 23:27:58
               Palisades Medical Center-MCOP,     c/o Certified Credit & Collection Bureau,
               PO BOX 336 Raritan,    Raritan, NJ 08869-0336
516436530     +EDI: CONVERGENT.COM Apr 06 2018 03:04:00      Pseg Services Corp.,    c/o Convergent Outsourcing,
               PO Box 9004,    Renton, WA 98057-9004
516452129      EDI: Q3G.COM Apr 06 2018 03:04:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA  98083-0788
516462528      EDI: Q3G.COM Apr 06 2018 03:04:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA  98083-0788
516624503      EDI: Q3G.COM Apr 06 2018 03:04:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
516438298      EDI: RMSC.COM Apr 06 2018 03:04:00      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
516436533     +EDI: LEADINGEDGE.COM Apr 06 2018 03:04:00      Synchrony Bank/Care Credit,
               c/o Global Credit & Collection, Corp,    5440 N. Cumberland Ave,    Ste 300,
               Chicago, IL 60656-1486
516436535      EDI: TFSR.COM Apr 06 2018 03:03:00      Toyota Financial Services,    PO Box 4102,
               Carol Stream, IL 60197-4102
516548007      EDI: BL-TOYOTA.COM Apr 06 2018 03:03:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516629883      EDI: WFFC.COM Apr 06 2018 03:03:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
516436539     +EDI: WFFC.COM Apr 06 2018 03:03:00      Wells Fargo Card,    c/o Credit Bureau Resolution,
               PO BOX 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516436529     ##+PHH Mortgage,    Mortgage Service Center,    2001 Bishops Gate Blvd,
               Mount Laurel, NJ 08054-4604
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                           Signature:  /s/Joseph Speetjens

Case 16-29243-CMG    Doc 53    Filed 04/07/18    Entered 04/08/18 00:37:07    Desc Imaged
Certificate of Notice    Page 4 of 4

```
District/off: 0312-3         User: admin              Page 3 of 3           Date Rcvd: Apr 05, 2018
                             Form ID: 148             Total Noticed: 63
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo     docs@russotrustee.com
          Andrew L. Spivack     on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Emmanuel J. Argentieri     on behalf of Creditor    ARCPE HOLDING, LLC bk@rgalegal.com
          Eric   Clayman     on behalf of Joint Debtor Ruth   Rose-Hawkins jenkins.clayman@verizon.net
          Eric   Clayman     on behalf of Debtor Leroy   Hawkins jenkins.clayman@verizon.net
          James Patrick Shay     on behalf of Creditor    PHH MORTGAGE CORPORATION
           james.shay@phelanhallinan.com
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Scott E. Kaplan     on behalf of Creditor    The Colony At Mill Hill Condominium Association, Inc.
           scott@sekaplanlaw.com,   felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,
           anthonyninicpa@gmail.com
          Sherri J. Braunstein     on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Stephanie F. Ritigstein     on behalf of Joint Debtor Ruth   Rose-Hawkins jenkins.clayman@verizon.net
          Stephanie F. Ritigstein     on behalf of Debtor Leroy   Hawkins jenkins.clayman@verizon.net
                                                                                             TOTAL: 12
```