| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Leroy Hawkins
Ruth Rose-Hawkins

Debtor(s)

Case No.: 16-29243 / CMG

Chapter 13

Hearing Date: 04/04/2018  at 9:00 AM

Judge: Christine M. Gravelle

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Leroy Hawkins  
Ruth Rose-Hawkins  
      Debtors

Case No. 16-29243-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 05, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.  
db/jdb        +Leroy Hawkins,    Ruth Rose-Hawkins,    174 Mercer St.,    Trenton, NJ 08611-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
       Emmanuel J. Argentieri    on behalf of Creditor    ARCPE HOLDING, LLC bk@rgalegal.com  
       Eric Clayman    on behalf of Debtor Leroy Hawkins jenkins.clayman@verizon.net  
       Eric Clayman    on behalf of Joint Debtor Ruth Rose-Hawkins jenkins.clayman@verizon.net  
       James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION  
        james.shay@phelanhallinan.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
       Scott E. Kaplan    on behalf of Creditor    The Colony At Mill Hill Condominium Association, Inc.  
        scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,  
        anthonyninicpa@gmail.com  
       Sherri J. Braunstein    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com,  
        nj.bkecf@fedphe.com  
       Stephanie F. Ritigstein    on behalf of Joint Debtor Ruth Rose-Hawkins jenkins.clayman@verizon.net  
       Stephanie F. Ritigstein    on behalf of Debtor Leroy Hawkins jenkins.clayman@verizon.net  
                                                                                        TOTAL: 12